**Order entered January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01707-CV

## IN THE INTEREST OF L.T.H., R.R.H., AND A.W.H., MINOR CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-55534-06**

## ORDER

Appellee Robert Harvey's Unopposed Motion to Extend Time to File Motion for Rehearing for fifteen days until January 17, 2014 is hereby GRANTED.

/s/      DAVID LEWIS
        JUSTICE